**562**

MARIA WYATT, Respondent, v. RUTH O. WYATT, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.; Peck, P. J., and Shientag, J., dissent and vote to reverse and grant the motion for summary judgment. [See *post*, p. 644.]

FRANCIS W. RUZICKA et al., Copartners Doing Business under the Name of "RUZICKA'S", Respondents, v. GREENHOUSE FLOWER COOPERATIVE, INC., et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

LUMBER MUTUAL CASUALTY INSURANCE CO. OF NEW YORK, Respondent, v. O'DOWD & KELVIN CO., INC., Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [13–16 Central Park West, Borough of Manhattan.] THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY BANK FARMERS TRUST COMPANY, as Trustee, Appellant, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. [17–20 Central Park West, Borough of Manhattan.]— Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

GRECO REALTY CORP., Respondent, v. MORTGAGEE INVESTORS CORPORATION, Appellant.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See *post*, p. 644.]

JACK SASSON et al., Respondents, v. JOSEPH ESSES et al., Appellants, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See *post*, p. 644.]

WILLIAM S. MARK et al., Doing Business as UPTOWN HANDKERCHIEF Co., et al., Appellants, v. COMMERCE REALTY CORP., Respondent.— No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.